UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>          Defendant. | Case No. 22-cv-07860 BLF<br><br>**ORDER OF DISMISSAL** |

On December 9, 2022, Plaintiff, proceeding *pro se*, filed a two-page, handwritten "civil complaint" against the Federal Bureau of Prisons. Dkt. No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis* ("IFP"). Dkt. No. 2. On the same day, the Clerk sent Plaintiff a notice informing him that the IFP application he filed was insufficient because he did not submit the proper form and the necessary supporting documents. Dkt. No. 3. Plaintiff was provided with a blank copy of the Court's IFP application and directed to respond within twenty-eight days to avoid dismissal. *Id*.

The deadline passed, and Plaintiff failed to respond. The matter was reassigned to this Court on January 11, 2023. Dkt. No. 6. Accordingly, this action is **DISMISSED** without prejudice for failure to pay the filing fee. The Clerk shall terminate all pending

motions and close the file.

**IT IS SO ORDERED.**

Dated:  __**January 26, 2023**___

*[signature]*

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.22\07860Smith_dis-ifp.

2