UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No. 22-cv-07860 BLF<br><br>**JUDGMENT** |

　　The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee or file an IFP application. A judgment of dismissal without prejudice is entered.

　　The Clerk shall close the file.

　　**IT IS SO ORDERED.**

Dated: __**January 26, 2023**___

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
P:\PRO-SE\BLF\CR.22\07860Smith_jud-ifp